AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas ▼

**FILED**
January 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

Marc Steven Luxemburg )
)
)
)
―――――――――――――――― )
*Plaintiff(s)* )
v. )  Civil Action No. 6: 25 cv 585
CITIBANK N.A. & RAUSCH STURM, LLP & )
MATTHEW WAYNE COOPER & )
SAMANTHA GALLIVAN & JOHN B GUINN & )
CORYELL COUNTY TEXAS )
)
―――――――――――――――― )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KENNETH WAKE
(Registered Agent for RAUSCH STURM, LLP)
300 North Executive Drive, Suite 200
Brookfield, WI 53005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marc Steven Luxemburg
c/o 2008 Freedom Lane
Copperas Cove, Texas [76522]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/16/25

_____L Diaz_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KENNETH WAKE

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* CERTIFIED MAIL # 9589 0710 5270 3273 7752 52
KENNETH WAKE (REGISTERED AGENT FOR)
RAUSCH STURM, LLP
300 NORTH EXECUTIVE DRIVE STE 200
BROOKFIELD, WI 53005

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 26 Dec 2025

Server's signature

Marc Steven Luxemburg
Printed name and title

℅ 2008 Freedom Lane
Copperas Cove, Texas [76522]
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▼

| | |
|---|---|
| Marc Steven Luxemburg <br><br> *Plaintiff(s)* <br> v. <br> CITIBANK N.A. & RAUSCH STURM, LLP & MATTHEW WAYNE COOPER & SAMANTHA GALLIVAN & JOHN B GUINN & CORYELL COUNTY TEXAS <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:25cv585 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITIBANK N. A.
c/o CT CORPORATION SYSTEM
28 LIBERTY STREET
NEW YORK, NEW YORK 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/16/25

_L Diaz_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CITIBANK N.A.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: CERTIFIED MAIL # 9589 0710 5270 3273 7752 45
CITIBANK N.A.
℅ CT CORPORATION SYSTEM
28 LIBERTY STREET NEW YORK, NEW YORK 10005

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 23 Dec 2025

_____
Server's signature

Marc Steven Luxemburg
Printed name and title

℅ 2008 Freedom Lane
Copperas Cove Texas [76522]
Server's address

Additional information regarding attempted service, etc: