**FILED**

June 11, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | | |
|---|---|---|
| Marc Steven Luxemburg | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **6:25-CV-585** |
| | § | |
| CITIBANK, N.A.; | § | |
| RAUSCH STURM, LLP; | § | JURY TRIAL DEMANDED |
| MATTHEW WAYNE COOPER; | § | |
| SAMANTHA GALLIVAN | § | |
| Defendants | § | |

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff respectfully moves for leave to file the attached First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Good cause exists because Plaintiff has obtained additional facts after filing the original Complaint, including information obtained from Citibank Executive Response personnel concerning the alleged account that forms the basis of Defendants' collection activities.

The proposed amendment also conforms the pleadings to the Court's Order dismissing Defendants Judge John B. Guinn and Coryell County, Texas.

1

The amendment is sought in good faith, will assist in resolving the matter on the merits, and will not unduly prejudice the remaining Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached First Amended Complaint (**Exhibit A – Proposed First Amended Complaint**).

Dated: 11 June 2026

Respectfully Submitted:

Marc Steven Luxemburg

Plaintiff, Pro se

c/o 2008 Freedom Lane

Copperas Cove, Texas [76522]

512-848-0428

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

# WACO DIVISION

| | | |
|---|---|---|
| Marc Steven Luxemburg | § | |
| Claimant, | § | |
| | § | Civil Action No. **6:25-CV-585** |
| v. | § | |
| | § | |
| CITIBANK N.A.; | § | |
| RAUSCH STURM, LLP; | § | JURY TRIAL DEMANDED |
| MATTHEW WAYNE COOPER | § | |
| SAMANTHA GALLIVAN | § | |
| Wrongdoers | § | |

## [PROPOSED] ORDER PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint.
Having considered the Motion, the Court finds that leave should be granted pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the First Amended Complaint attached as Exhibit A shall be deemed filed as of the date of this Order.

SIGNED this ____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE, RESIDING

3